620

No. 943. McGOLDRICK, COMPTROLLER, *v.* COMPAGNIE GENERALE TRANSATLANTIQUE. June 5, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Messrs. Harold S. Deming* and *Donald Havens* for respondent.

No. 944. McGOLDRICK, COMPTROLLER, *v.* FELT & TARRANT MFG. CO. June 5, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Mr. Newton K. Fox* for respondent.

No. 951. UNITED STATES *v.* STONE, U. S. DISTRICT JUDGE. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Jackson* for the United States. *Mr. Weymouth Kirkland* for respondent.

No. 914. PEPPER *v.* LITTON. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Robert Burrow* for petitioner. *Mr. Henry Roberts* for respondent.

No. 998. INTERSTATE NATURAL GAS CO. ET AL. *v.* STONE, COMMISSIONER OF FRANCHISE TAX, ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Marcellus Green, Garner W. Green,* and *Wm. A. Dough-*

erty for petitioners. *Messrs. Greek L. Rice,* Attorney General of Mississippi, and *J. A. Lauderdale* for respondents.

No. 939. WEISS ET AL. *v.* UNITED STATES. June 5, 1939. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question whether the trial court properly received in evidence intercepted telephone communications. *Messrs. Theodore Kiendl, Lloyd Paul Stryker,* and *Jacob W. Friedman* for petitioners. *Solicitor General Jackson,* and *Messrs. William W. Barron, George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 993. UNITED STATES *v.* SPONENBARGER ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Jackson* for the United States. No appearance for respondents.

No. 862. FLETCHER *v.* WHEAT ET AL. April 24, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond C. Fletcher, pro se.* No appearance for respondents.

No. 722. OLSSON *v.* UNITED STATES. April 24, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Luther E. Morrison* and *C. B. Des Jardins*